# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

LORRIE McCONNELL,

    Plaintiff,

v.

PETER WOODS, *et al.*,

    Defendants.

2:05-cv-00996-BES-LRL

# REPORT & RECOMMENDATION

    Lorrie McConnell is suing various individuals over claims arising out of alleged embezzlement, Social Security fraud, murder, and a multitude of other charges. Acting *pro se*, plaintiff originally filed a Motion to Proceed *In Forma Pauperis* on August 16, 2005 (#1). The Court granted plaintiff's Application to Proceed *In Forma Pauperis* but ordered that the Complaint be dismissed for failure to state a claim upon which relief can be granted, with leave to amend. Order # 6. Having considered plaintiff's Amended Complaint (# 7), the undersigned Magistrate Judge submits this Report and Recommendation.

## BACKGROUND

    In her Amended Complaint, plaintiff names eight defendants, including an unknown person and a stalker. Plaintiff alleges that the defendants have engaged in embezzlement, Social Security fraud, murder, rape, robbery, kidnaping, and identity theft.

## DISCUSSION

    Pleadings prepared by *pro se* litigants should be held to less stringent standards and thus be liberally construed. *Haines v. Kerner*, 404 U.S. 519, 520 (1972) (*per curiam*); *see also King v. Atiyeh*,

1 | 814 F.2d 565, 567 (9th Cir. 1986). However, "[p]ro se litigants must [still] follow the same rules of
2 | procedure as other litigants." *King, supra*, 814 F.2d at 567 (*citations omitted*). Under Rule 8(a)(2) of
3 | the Federal Rules of Civil Procedure, a pleading must contain a short and plain statement of the claim
4 | showing that the pleader is entitled to relief. A complaint may be dismissed for failure to state a claim
5 | upon which relief can be granted. Fed. R. Civ. P. 12(b)(6). In determining whether a plaintiff has
6 | satisfied Rule 12(b)(6), all material allegations in the complaint are accepted as true and are construed
7 | in the light most favorable to the plaintiff. *See Russell v. Landrieu*, 621 F.2d 1037, 1039 (9th Cir. 1980)
8 | (*citations omitted*).

9 | An *in forma pauperis* complaint must be dismissed prior to service of process if it is frivolous
10 | or malicious, fails to state a claim, or seeks monetary damages from defendants who are immune from
11 | suit. *See* 28 U.S.C. §1915(e)(2); *see also Franklin v. Murphy*, 745 F.2d 1221, 1226 (9th Cir. 1984).
12 | A complaint is frivolous for the purposes of § 1915 if it lacks any arguable basis in fact or law. *See*
13 | *generally Neitzke v. Williams*, 490 U.S. 319, 328-30 (1989). Moreover, "a court may dismiss as
14 | frivolous complaints reciting bare legal conclusions with no suggestion of supporting facts, or
15 | postulating events and circumstances of a wholly fanciful kind." *Franklin v. Murphy*, 745 F.2d at 1226.

16 | McConnell was given the opportunity to amend her original Complaint (# 1) with some direction
17 | from the court in an earlier Order (# 6). Yet in her Amended Complaint, McConnell has again failed
18 | to name viable defendants and allege specific facts that would support a 42 U.S.C. § 1983 claim.
19 | Moreover, plaintiff's allegations that her children were killed and no police investigation followed, and
20 | that she has been kidnaped twelve times by terrorists and the Charles Manson gang, *inter alia*, are
21 | "wholly fanciful" on their face, rendering the Amended Complaint frivolous. *Franklin v. Murphy*, 745
22 | F.2d at 1226.

23 | . . .
24 | . . .
25 | . . .
26 | . . .

**RECOMMENDATION**

Based on the foregoing, it is the recommendation of the undersigned United States Magistrate Judge that plaintiff's Amended Complaint (# 7) be dismissed with prejudice.

DATED this 17th day of August, 2006.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**